1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, ANNEBELLE PINHIERO



FILED

MAR 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| ANNEBELLE PINHIERO, | ) Case No.: 1:09-cv-01859-AWI-DLB |
|---|---|
| Plaintiff, | ) VOLUNTARY DISMISSAL |
| v. | ) |
| LEADING EDGE RECOVERY SOLUTIONS, | ) |
| Defendant. | ) |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, ANNEBELLE PINHIERO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 26, 2010            KROHN & MOSS, LTD.

It is so Ordered. Dated: 3-1-10

_____
United States District Judge

By:/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
ANNEBELLE PINHIERO

- 1 -

VOLUNTARY DISMISSAL